UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 2:24-cv-9583-BFM            **Date:** February 10, 2025

**Title:** *Yan Wu v. Ur. M. Jaddou, et al.*

================================================================

**Present:** The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:
N/A                                            N/A

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

     Pursuant to the Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff was required to serve Defendants within 90 days of the filing of the Complaint. The Complaint was filed on November 5, 2024. More than 90 days has passed, and the Court has not yet received Plaintiff's proof of service on Defendants.

     Plaintiff is therefore ordered to show cause in writing **no later than February 18, 2025**, why this action should not be dismissed without prejudice for lack of prosecution. The Court will consider the filing of a proof of service of the Summons and Complaint to be an adequate response to this Order.

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

                                                                            Initials of Preparer:   ch